IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,

-vs-

Mark Janora,

        Defendant.

Case No. 3:18-cr-12

Magistrate Judge Ovington

## ORDER

On motion of the Defendant after being of the consequences under the Speedy Trial Act, the Court finds the Defendant understands the consequences of such a waiver of any possible objection under the Speedy Trial Act as to the charge under Count 1, making his request for such waiver a knowing, intelligent, and voluntary act. The period of such waiver is therefore from the date of his arraignment until the completion of his screening for Pretrial Diversion and, if accepted, his time on Pretrial Diversion.

Pursuant to 18 U.S.C., Section 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.

Date: 3-15-18

_____
United States Magistrate Judge

Defendant: _Mark Janora_

Defense Counsel: _____